IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA, DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM A. MAYFIELD,<br><br>Respondent. | CIVIL ACTION FILE<br><br>NO. 1:10-MI-141-TCB-JFK |

RESPONSE OF WILLIAM A. MAYFIELD TO
SHOW CAUSE REGARDING
ENFORCEMENT OF IRS SUMMONS

COMES NOW, WILLIAM A. MAYFIELD, and responds to the Order to Show Cause Regarding Enforcement of IRS Summons by stating that he has no objection to enforcement of the Summons and begs this Court to excuse his appearance before the Court.

The Respondent is a patient in Piedmont Hospital having recently undergone open-heart surgery on August 30, 2010, and does not expect to be ambulatory for a period of eight weeks.

Respondent requests that the Revenue Officer contact his attorney to schedule a future appearance to enforce the Summons.

Respectfully yours this 1st day of September, 2010,

_____
John P. Hines
Attorney for Respondent
The Hines Firm
1800 Peachtree Road, N.W., Suite 600
Atlanta, GA 30309-2516
Georgia Bar No. 356000
Phone: 404.351.2656
Fax: 404.351.9859
Email: johnhines@thehinesfirm.com

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing document complies with the font and point size limitations of LR. 5.1B, ND Ga., and is prepared in Times New Roman 14 point type.

September 1, 2010

_____
John P. Hines
The Hines Firm
1800 Peachtree Road, N.W., Suite 600
Atlanta, GA  30309-2516
Georgia Bar No. 356000
Phone:  404.351.2656
Fax:  404.351.9859
Email:  johnhines@thehinesfirm.com

CERTIFICATE OF SERVICE

I, John P. Hines, hereby certify that on September 1, 2010, I served copies of the RESPONSE OF WILLIAM A. MAYFIELD TO SHOW CAUSE REGARDING ENFORCEMENT OF IRS SUMMONS on the following parties by U.S. mail with sufficient postage:

>Darcy F. Coty
>Assistant U.S. Attorney
>Georgia Bar No. 259280
>600 Richard B. Russell Bldg.
>75 Spring Street, SW
>Atlanta, GA 30303

September 1, 2010

_____
John P. Hines
The Hines Firm
1800 Peachtree Road, N.W., Suite 600
Atlanta, GA 30309-2516
Georgia Bar No. 356000
Phone: 404.351.2656
Fax: 404.351.9859
Email: johnhines@thehinesfirm.com